```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 09300
    CLAUDETTE JACKSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-8471

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/22/2007 and was confirmed 07/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

     The case was converted to chapter 7 after confirmation 01/13/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG        .00            .00             .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE        .00            .00             .00
ADVOCATE MEDICAL GROUP   UNSECURED      NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED         372.94            .00             .00
ST MARGARET HOSPITAL     UNSECURED      NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED            .00             .00
TAYLOR MEDICAL ASSOCIATE UNSECURED      NOT FILED            .00             .00
WORLDWIDE ASSET RECOVERY UNSECURED      NOT FILED            .00             .00
ROUNDUP FUNDING LLC      UNSECURED        4627.13            .00             .00
AMC MORTGAGE SERVICES IN NOTICE ONLY    NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     3,214.00                        1,312.71
TOM VAUGHN               TRUSTEE                                            97.29
DEBTOR REFUND            REFUND                                               .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              1,410.00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                          1,312.71
TRUSTEE COMPENSATION                       97.29
DEBTOR REFUND                                .00
                    ---------------   ---------------
TOTALS               1,410.00           1,410.00



            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 09300 CLAUDETTE JACKSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```